# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO TORRES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KEY ENERGY SERVICES, LLC,, <br><br> Defendants. | CASE NO.  1:15-cv-00103 AWI JLT <br><br> **[PROPOSED]** **ORDER GRANTING STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** <br><br> **(Doc. 28)** |

Pursuant to the stipulation of the parties, the Court **ORDERS**:

1.　The stipulation of counsel allowing Plantiff to file a third amended complaint is **GRANTED**. Plaintiff **SHALL** file the third amended complaint no later than May 6, 2016;

2.　Defendant **SHALL** file its responsive pleading within 30 days after the filing of the third amended complaint. Defendant's rights and defenses at law and in equity, as to the merits as well as to the procedural and certification aspects of the action, are preserved.

IT IS SO ORDERED.

Dated:   **April 28, 2016**           **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE