1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ROLANDO TORRES,                          ) Case No.: 1:15-cv-00103-AWI -JLT
                                               )
12               Plaintiff,                    ) ORDER AFTER NOTICE OF SETTLEMENT
                                               )
13         v.                                  ) (Doc. 8)
                                               )
14   KEN ENERGY SERVICES, LLC,                 )
                                               )
15               Defendant.                    )
                                               )
16   _____ )

17         On November 15, 2017, Plaintiff notified the Court that the parties "reached a settlement of

18   [this] matter," and he anticipates filing a stipulation to dismiss the entire action. (Doc. 45 at 1)

19   Pursuant to Local Rule 160, the Court **ORDERS**:

20         1.      The Stipulation of Dismissal **SHALL** be filed no later than **December 7, 2017**; and

21         2.      All other pending dates, conferences and hearings are **VACATED**.

22   **The parties are advised that failure to comply with this order may result in the Court imposing**

23   **sanctions, including the dismissal of the action.**

24

25   IT IS SO ORDERED.

26     Dated:   **November 16, 2017**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
27

28