# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROLANDO TORRES, an individual, for himself and those similarly situated,**<br><br>Plaintiffs<br><br>v.<br><br>**KEY ENERGY SERVICES, LLC, a Texas limited liability company and DOES 1 through 100, inclusive,**<br><br>Defendants | CASE NO. 1:15-CV-0103 AWI JLT<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF DISMISSAL** |

The parties have filed a notice of dismissal with prejudice. Doc. 47. The applicable rule states

> (A) Without a Court Order…the plaintiff may dismiss an action without a court order by filing:
> ....
> (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. Rule Civ. Proc. 41(a)(1). The stipulation of the parties is self-executing.

The Clerk of the Court shall close this case in light of Plaintiff's Rule 41(a)(1)(A)(ii) voluntary dismissal.

IT IS SO ORDERED.

Dated: December 18, 2017

_____
SENIOR DISTRICT JUDGE